LUELLA G. TUELL, as Administratrix of the Estate of WILLIAM M. TUELL, Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 586.)

---

CRENSHAW ENGINEERING AND CONSTRUCTION Co., INC., Appellant, *v.* NEW YORK MUNICIPAL RAILWAY CORPORATION et al., Respondents, and ÆTNA CASUALTY INSURANCE COMPANY et al., Appellants, Impleaded with Another.

*Appeal — motion to dismiss denied.*

Reported below, 209 App. Div. 893.

(Argued September 29, 1924; decided October 7, 1924.)

MOTION to dismiss the appeal of the plaintiff from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1924, modifying and affirming as modified a judgment entered upon a verdict directed by the court.

The motion was made upon the ground that permission to appeal had not been obtained and that no constitutional question was involved.

*Trabue Carswell* for motion.

*Paul Bonynge* opposed.

Motion denied, with ten dollars costs.